AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR121 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19970-047 |
| | ) | |
| PAMELA EDMONSON | ) | JEFFREY L. THOMAS |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 1/24/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months is reduced to 70 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 31 | | Amended Offense Level: 29 | |
| Criminal History Category: V | | Criminal History Category: V | |
| Previous Guideline Range: 168 to 210 months | | Amended Guideline Range: 140 to 175 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 24, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 25th day of March, 2008
Effective Date: Tuesday, April 8, 2008

s/ Laurie Smith Camp
United States District Judge